AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lexington County School District One,<br>*Plaintiff*<br>v.<br>Janet B. Frazier, on behalf of her son, D.T.,<br>*Defendant* | ) ) ) ) ) )  Civil Action No.   3:10-1808-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: judgment is entered for the defendant, Janet B. Frazier, on behalf of her son, D.T. against the plaintiff, Lexington County School District One, entitling defendant to reimbursement for tuition paid to Montcalm School Boys for the 2007-2008 school year.  IT IS FURTHER ORDERED that judgment is entered for the plaintiff, Lexington County School District One, against the defendant, Janet B. Frazier, on behalf of her son, D.T. to the extent defendant, Janet B. Frazier, on behalf of her son, D.T. is not entitled to any tuition for private placement of student paid to Glenforest School from 2008 to present and the complaint and counterclaims are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding.  The Court having partially granted both plaintiff and defendant's cross motions for judgment on the administrative record.

Date:   September 22, 2011                                        *CLERK OF COURT*

                                                                                          s/Angie Snipes
                                                                      _____
                                                                      *Signature of Clerk or Deputy Clerk*